United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>29-41 SOUTH JACKSON, L.P., et al.,<br><br>  Defendants. | Case No. 19-cv-02735-SVK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Re: Dkt. No. 27 |

On March 2, 2020, the parties filed a joint stipulation to extend their mediation deadline from December 30, 2019 to March 6, 2020. Dkt. 27 at 2. The parties indicate that mediation is set for March 6, 2020. *Id*.

This stipulation, filed over two months after the original mediation deadline, is untimely. **Stipulations to extend the mediation deadline must be filed within 30 days of the original deadline.** While the Court will approve the stipulation in this instance, Plaintiff must conform its practice regarding stipulations to extend the mediation deadline to the many orders of this Court on this issue.

**SO ORDERED.**

Dated: March 2, 2020

SUSAN VAN KEULEN
United States Magistrate Judge