UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case No. 19-cv-02735-SVK |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING DATE TO FILE DISMISSAL** |
| 29-41 SOUTH JACKSON, L.P., et al., | Re: Dkt. No. 34 |
| Defendants. | |

The Court is in receipt of Plaintiff Scott Johnson's show cause response. Dkt. 24. Good cause appearing, the Court extends the date for the parties to file a stipulation of dismissal to **May 8, 2020 at 12:00 p.m.** The May 15, 2020 order to show cause hearing remains in place. Dkt. 33.

**SO ORDERED.**

Dated: April 8, 2020

SUSAN VAN KEULEN
United States Magistrate Judge